IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH AMOOP | : | CIVIL ACTION |
| v. | : | |
| MARK GARMAN, et al. | : | NO. 19-1638 |

## ORDER

AND NOW, this 28th day of January, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 9) is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**;

3. A certificate of appealability is not granted; and

4. The Clerk of Court is directed to mark this case CLOSED

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.